# LEE LITIGATION GROUP, PLLC

143 W. 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:      212-465-1188
cklee@leelitigation.com

**MEMO ENDORSED**

July 12, 2023

**Via ECF**
The Honorable Edgardo Ramos, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *Gonzalez v. Hanover Ventures Marketplace LLC et al*
Case No. 21-cv-01347 (ER)

Dear Judge Ramos:

We are counsel to Plaintiffs in the above-referenced case. We write to request a one-week extension of deadlines regarding all briefing of parties' motions for summary judgment, and Plaintiff's class certification motion. Defendants consent to this extension.

Plaintiffs seek the additional week to fully address all of the issues presented in this matter, and to fully prepare all relevant discovery for the Court's review. In accordance with the parties' discussions, the new briefing schedule is listed out below:

- Plaintiffs' moving papers for a summary judgment motion and class certification motion is extended one week to July 21, 2023.
- Defendants' cross-motion for summary judgment and opposition to class certification is extended one week to September 15, 2023.
- Plaintiffs' response and reply is extended one week to October 13, 2023.
- Defendant's reply is extended one week to October 20, 2023.

We thank the Court for its time and consideration of this matter.

Respectfully submitted,

/s/ C.K. Lee
C.K. Lee, Esq.

---

The request for a one-week extension of the deadlines as to the pending motions is granted. As set forth herein, Plaintiffs shall file their motions for summary judgment and class certification by July 21, 2023. Defendants shall file their cross-motion for summary judgment and opposition to Plaintiffs' class certification motion by September 15, 2023. Plaintiffs shall file their response to Defendants' cross-motion for summary judgment and their reply in support of their motion for class certification by October 13, 2023. Defendants' reply shall be filed by October 20, 2023. SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: July 13, 2023
New York, New York