# EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DENNY GONZALEZ, *on behalf of himself, and all FLSA Collective Plaintiffs and the Class,*<br><br>Plaintiff,<br><br>-against-<br><br>HANOVER VENTURES MARKETPLACE LLC,<br>    d/b/a LE DISTRICT,<br>JOHN DOE COMPANY 1,<br>    d/b/a HPH HOSPITALITY,<br>PAUL LAMAS, PETER A POULAKAKOS,<br>NICOLAS ABELLO, and DAVID COUCKE<br><br>Defendants. | Case No.: 21-cv-01347-ER<br><br>**[PROPOSED] ORDER** |

It is hereby ORDERED as follows:

(1) The Court grants certification of the New York Labor Law ("NYLL") claim as a class action pursuant to Rule 23 of the Federal Rules of Civil Procedure on behalf all non-exempt employees (including, but not limited to, waiters, runners, bussers, bartenders, cooks, line cooks, dishwashers, and porter persons, among others) employed by Defendants at all "Le District" on or after Feb 12, 2015 to the present ("Class Members" or the "Class").

(2) The Court grants certification of a subclass, which will include all tipped employees employed by Defendants at all "Le District" on or after Feb 12, 2015 to the present ("Tipped Subclass Members" or the "Subclass").

(3) The Court designates Plaintiff DENNY GONZALEZ ("Plaintiff") as the Class Representatives.

(4) The Court approves the proposed notice of this action, attached as **EXHIBIT A** to the Declaration of C.K. Lee.

(5) The Court orders the mailing of the notice (including Spanish translations) of this action to Class Members.

(6) Within 10 days of this Order, Defendants are to produce in Excel format the names, titles, compensation rates, dates of employment, Social Security numbers, last known mailing addresses, email addresses and all known telephone numbers of all Class Members.

(7) The Court orders the posting of the notice in Defendants' place of business at a public location where employees are most likely to view such notice, simultaneously with the mailing of such notice.

SO ORDERED

_____            _____
Hon. Edgardo Ramos, U.S.D.J.                Dated