**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DENNY GONZALEZ, *on behalf of himself, and all FLSA Collective Plaintiffs and the Class,*<br><br>Plaintiff,<br><br>-against-<br><br>HANOVER VENTURES MARKETPLACE LLC,<br>    d/b/a LE DISTRICT,<br>JOHN DOE COMPANY 1,<br>    d/b/a HPH HOSPITALITY,<br>PAUL LAMAS, PETER A POULAKAKOS,<br>NICOLAS ABELLO, and DAVID COUCKE<br><br>Defendants. | **Case No.:** 21-cv-01347-ER |

### DECLARATION OF C.K. LEE, ESQ.

I, C.K. Lee, under penalty of perjury, affirm as follows:

1.      My name is C.K. Lee, and I am a member of Lee Litigation Group, PLLC, Plaintiffs' counsel in the above-captioned matter.

2.      I submit this declaration in support of Plaintiff's Motion for Partial Summary Judgment under Fed. R. Civ. P. 56 and in support Plaintiff's Class Certification Motion under Fed. R. Civ. P. 23.

3.      Attached as **Exhibit A** to this affidavit is a true and correct copy of the transcript of Defendant Paul Lamas's May 21, 2022 deposition.

4.      Attached as **Exhibit B** to this affidavit is a true and correct copy of the transcript of Le District's Director of Operations, Sebastian Muller, May 31, 2022 deposition.

5.      Attached as **Exhibit C** to this affidavit is a true and correct copy of Defendants' Handbook received from Defendants during discovery.

6.      Attached as **Exhibit D** to this affidavit is a true and correct copy of the transcript of Defendant David Coucke's June 15, 2022 deposition.

7.      Attached as **Exhibit E** to this affidavit is a true and correct copy of the transcript of Le District's Human Resources Director, Thomas Duffy, June 17, 2022 deposition.

8.      Attached as **Exhibit F** to this affidavit is a true and correct copy of Correspondence from Le District's Human Resources Department.

9.      Attached as **Exhibit G** to this affidavit is a true and correct copy of Defendants' Onboarding Document List, Webpage, and Social Media Postings.

10.      Attached as **Exhibit H** to this affidavit is a true and correct copy of Example Pre-2018 Class Wage and Tip Notices received from Defendants during discovery.

11.      Attached as **Exhibit I** to this affidavit is a true and correct copy of Example Post-2018 Blank Class Wage and Tip Notices received from Defendants during discovery.

12.      Attached as **Exhibit J** to this affidavit is a true and correct copy of Example Post-2018 Filled Class Wage and Tip Notices received from Defendants during discovery.

13.      Attached as **Exhibit K** to this affidavit is a true and correct copy of Example Wage Records of Plaintiff received from Defendants during discovery.

14.      Attached as **Exhibit L** to this affidavit is a true and correct copy of Example Class Pay Records Produced For Pre-2020 Work received from Defendants during discovery.

15.      Attached as **Exhibit M** to this affidavit is a true and correct copy of Example Class Pay Records Produced For Post-2020 Work received from Defendants during discovery.

16.      Attached as **Exhibit N** to this affidavit is a true and correct copy of a Notice of Violation from the New York State Department of Labor received from Defendants during discovery.

2

17.    Attached as **Exhibit O** to this affidavit is a true and correct copy of Le District's Closing and Opening Check Lists for Front of House Employees received from Defendants during discovery.

18.    Attached as **Exhibit P** to this affidavit is a true and correct copy of Example Time Records showing Automatic Deduction received from Defendants during discovery.

19.    Attached as **Exhibit Q** to this affidavit is a true and correct copy of Le District's Class List received from Defendants during discovery.

20.    As part of the sampling produced by Defendants in this matter, no paystubs for the period prior to January 1, 2020 were produced nor were any tip-sheets or daily tip logs produced.

I affirm, under penalty of perjury, that the above and foregoing information is true and correct.

Dated: New York, New York                    Respectfully submitted,

July 28, 2023                    LEE LITIGATION GROUP, PLLC

By:    */s/ C.K. Lee*

C.K. Lee, Esq. (CL 4086)
Lee Litigation Group, PLLC
148 West 24th Street, Eighth Floor
New York, NY 10011
Tel: (212) 465-1188
Fax: (212) 465-1181
*Attorneys for Plaintiff, FLSA Collective*
*Plaintiffs and the Class*

3