# EXHIBIT H



**Notice and Acknowledgement of Pay Rate and Payday/*Aviso y Acuse de Recibo de Tasa de Pago y Día de Cobro***
**Under Section 195.1 of the New York State Labor Law/*Bajo la Sección 195.1 de La Ley de Trabajo del Estado de Nueva York***
Notice for Hourly Rate Employees/*Aviso para empleados con tasa de pago por hora*

---

**1. Employer Information/*Información del Empleador***

Name/*Nombre*:

**Hanover Ventures Marketplace**

Doing Business As (DBA) name(s)/
*Nombre(s) comercial(es)*:

**Le District**

FEIN (optional)/ Número de Identificación
Federal *(opcional)*:

Physical Address/*Dirección Física*:

**225 Liberty Street**
**New York, NY, 10281**

Mailing Address/*Dirección postal u oficial*:
**93 Pearl Street**
**New York, NY, 10004**
Phone/*Teléfono*: **212-344-0500**

**2. Notice given/*Aviso emitido***:

☒ At hiring/ En la *contratación*

☐ On or bef ore February 1/*En o antes del 1 de Febrero*

☐ Before a change in pay rate(s),
allowances claimed or payday. *Antes de un cambio en tasa de pago, créditos tomados, o día de cobro*

**3. Employee's Pay Rate/*Tasa de pago del empleado*:**

$ __5.00__ per hour/*por hora*

**4. Allowances taken/*Créditos tomados*:**

☐ None/*ninguno*

☒ Tips/*Propinas* __$ 3.75__ per hour/ *por hora*

☐ Meals/*Comidas*_____per meal/ *por comida*

☐ Lodging/ *Hospedaje* _____

☐ Other/*Otra* _____

**5. Regular payday/*Día de Cobro Regular*:**
__Thursday / Jueves__

**Pay is/*El pago es*:**

☒ Weekly/ Semanal

☐ Bi-weekly/Quincenal

☐ Other/Otro

**7. Overtime Pay Rate/*Tasa de Pago de Horas Extras (más de 40 horas trabajadas en una semana)*:**

$ __9.375__ per hour/*por hora* (This must be at least 1½ times the worker's regular rate, with few exceptions.)/*Con pocas excepciones, esta tasa debe ser por lo menos 1½ veces la tasa de pago regular para el trabajador.*

**8. Employee Acknowledgement/*Acuse de Recibo del Empleado*:** On this day, I received notice of my pay rate, overtime rate if eligible, allowances, and designated payday in English and my primary language. I told my employer that my primary language is **Spanish**. *En esta fecha, se me ha informado de mi tasa de pago, mi tasa de pago de horas extras (si elegible), créditos, y del día de cobro en inglés y en mi lengua materna. Le indiqué al empleador de que mi lengua materna es **español**.*

__Richard Gonzalez__
Print Employee Name/*Escriba el nombre del empleado en letra de imprenta*

_(signature)_
Employee Signature/*Firma del empleado*

__3/12/2015__
Date/*Fecha*

__Lisa Lichtenstein – HR Director__
Preparer Name and Title/*Nombre y Título del Preparador de este Documento.*

**The employee must receive a signed copy of this form. The employer must keep the original for 6 years./*El empleado debe recibir una copia firmada, de este documento. El original debe permanecer con el empleador por 6 años.***

LS 54S (03/11)

Gonzalez v. Le District - Defendants' Documents - 17069



**Notice and Acknowledgement of Pay Rate and Payday/*Aviso y Acuse de Recibo de Tasa de Pago y Día de Cobro***
**Under Section 195.1 of the New York State Labor Law/*Bajo la Sección 195.1 de La Ley de Trabajo del Estado de Nueva York***
Notice for Hourly Rate Employees/*Aviso para empleados con tasa de pago por hora*

---

**1. Employer Information/*Información del Empleador***

Name/*Nombre*:

**Hanover Ventures Marketplace**

Doing Business As (DBA) name(s)/
*Nombre(s) comercial(es)*:

**Le District**

FEIN (optional)/ Número de Identificación
Federal *(opcional)*:

Physical Address/*Dirección Física:*

**225 Liberty Street**
**New York, NY, 10281**

Mailing Address/*Dirección postal u oficial:*
**93 Pearl Street**
**New York, NY, 10004**
Phone/*Teléfono*: **212-344-0500**

**2. Notice given/*Aviso emitido*:**

☒At hiring/ En la *contratación*

☐ On or bef ore February 1/*En o antes del 1 de Febrero*

☐ Before a change in pay rate(s), allowances claimed or payday. *Antes de un cambio en tasa de pago, créditos tomados, o día de cobro*

---

**3. Employee's Pay Rate/*Tasa de pago del empleado:***

$ **5.00** per hour/*por hora*

**4. Allowances taken/*Créditos tomados:***

☐ None/*ninguno*

☒ Tips/*Propinas* **$ 3.75** per hour/ *por hora*
☐ Meals/*Comidas* _____ per meal/ *por comida*
☐ Lodging/ *Hospedaje* _____
☐ Other/*Otra* _____

**5. Regular payday/*Día de Cobro Regular*:**
**Thursday / Jueves**

**Pay is/*El pago es*:**

☒ Weekly/ Semanal
☐ Bi-weekly/Quincenal
☐ Other/Otro

**7. Overtime Pay Rate/*Tasa de Pago de Horas Extras (más de 40 horas trabajadas en una semana)*:**

$ **9.375** per hour/*por hora* (This must be at least 1½ times the worker's regular rate, with few exceptions.)/*Con pocas excepciones, esta tasa debe ser por lo menos 1½ veces la tasa de pago regular para el trabajador.*

---

**8. Employee Acknowledgement/*Acuse de Recibo del Empleado*:** On this day, I received notice of my pay rate, overtime rate if eligible, allowances, and designated payday in English and my primary language. I told my employer that my primary language is **Spanish**. *En esta fecha, se me ha informado de mi tasa de pago, mi tasa de pago de horas extras (si elegible), créditos, y del día de cobro en inglés y en mi lengua materna. Le indiqué al empleador de que mi lengua materna es **español**.*

**Abdoul Konate**
Print Employee Name/*Escriba el nombre del empleado en letra de imprenta*

*Abdoul S Konate*
Employee Signature/*Firma del Empleado*

**03-13-2015**
Date/*Fecha*

**Lisa Lichtenstein – HR Director**
Preparer Name and Title/*Nombre y Título del Preparador de este Documento.*

**The employee must receive a signed copy of this form. The employer must keep the original for 6 years.**/*El empleado debe recibir una copia firmada, de este documento. El original debe permanecer con el empleador por 6 años.*

LS 54S (03/11)



**Notice and Acknowledgement of Pay Rate and Payday/*Aviso y Acuse de Recibo de Tasa de Pago y Día de Cobro***
**Under Section 195.1 of the New York State Labor Law/*Bajo la Sección 195.1 de La Ley de Trabajo del Estado de Nueva York***
**Notice for Hourly Rate Employees/*Aviso para empleados con tasa de pago por hora***

### 1. Employer Information/*Información del Empleador*

Name/*Nombre*:

**Hanover Ventures Marketplace**

Doing Business As (DBA) name(s)/
*Nombre(s) comercial(es)*:

**Le District**

FEIN (optional)/ Número de Identificación
Federal *(opcional)*:

Physical Address/*Dirección Física*:

**225 Liberty Street**
**New York, NY, 10281**

Mailing Address/*Dirección postal u oficial*:
**93 Pearl Street**
**New York, NY, 10004**
Phone/*Teléfono*: **212-344-0500**

### 2. Notice given/*Aviso emitido*:

☒ At hiring/ En la *contratación*

☐ On or bef ore February 1/*En o antes del 1 de Febrero*

☐ Before a change in pay rate(s), allowances claimed or payday. *Antes de un cambio en tasa de pago, créditos tomados, o día de cobro*

### 3. Employee's Pay Rate/*Tasa de pago del empleado:*

$ __5.00__ per hour/*por hora*

### 4. Allowances taken/*Créditos tomados:*

☐ None/*ninguno*

☒ Tips/*Propinas* __$ 3.75__ per hour/ *por hora*

☐ Meals/*Comidas*_____ per meal/ *por comida*

☐ Lodging/ *Hospedaje* _____

☐ Other/*Otra* _____

### 5. Regular payday/*Día de Cobro Regular:*
__Thursday / Jueves__

**Pay is/*El pago es:***

☒ Weekly/ Semanal

☐ Bi-weekly/Quincenal

☐ Other/Otro

### 7. Overtime Pay Rate/*Tasa de Pago de Horas Extras (más de 40 horas trabajadas en una semana):*

$ __9.375__ per hour/*por hora* (This must be at least 1½ times the worker's regular rate, with few exceptions.)/*Con pocas excepciones, esta tasa debe ser por lo menos 1½ veces la tasa de pago regular para el trabajador.*

### 8. Employee Acknowledgement/*Acuse de Recibo del Empleado*: On this day, I received notice of my pay rate, overtime rate if eligible, allowances, and designated payday in English and my primary language. I told my employer that my primary language is **Spanish**. *En esta fecha, se me ha informado de mi tasa de pago, mi tasa de pago de horas extras (si elegible), créditos, y del día de cobro en inglés y en mi lengua materna. Le indiqué al empleador de que mi lengua materna es **español**.*

*Gregory Hernandez*
Print Employee Name/*Escriba el nombre del empleado en letra de imprenta*

*Gregory Hernand*
Employee Signature/*Firma del Empleado*

__05 /01 / 2015__
Date/*Fecha*

__Lisa Lichtenstein – HR Director__
Preparer Name and Title/*Nombre y Título del Preparador de este Documento.*

**The employee must receive a signed copy of this form. The employer must keep the original for 6 years./*El empleado debe recibir una copia firmada, de este documento. El original debe permanecer con el empleador por 6 años.***

LS 54S (03/11)

Gonzalez v. Le District - Defendants' Documents - 17284



**Notice and Acknowledgement of Pay Rate and Payday
Under Section 195.1 of the New York State Labor Law
Notice for Hourly Rate Employees**

**1. Employer Information**

Name:
Hanover Ventures Marketplace, LLC

Doing Business As (DBA) Name(s):
Le District

FEIN (optional):

Physical Address:
225 Liberty Street
New York, NY 10281

Mailing Address:
93 Pearl Street
New York, NY 10004

Phone:
212-981-8588

**2. Notice given:**

[X] At hiring

[ ] On or before February 1

[ ] Before a change in pay rate(s),
allowances claimed or payday

**3. Employee's rate of pay:**

$ ___5.00___ per hour

**4. Allowances taken:**

[ ] None

[x] Tips          3.75 per hour

[x] Meals         2.10 per meal

[ ] Lodging _____

[ ] Other _____

**5. Regular payday:**          Thursday

**6. Pay is:**

[X] Weekly

[ ] Bi-weekly

[ ] Other

**7. Overtime Pay Rate:**

$ ___9.38___ per hour
(This must be at least 1 1/2 times the worker's
regualr rate, with few exceptions)

**8. Employee Acknowledgement:**

On this day I have been notified of my pay rate,
overtime rate (if eligible), allowances, and
designated payday. I told my employer what
my primary language is.

**Check one:**
[X] I have been given this pay notice in English
because it is my primary language.

[ ] My primary language is _____
I have been given this pay notice in English only,
because the Department of Labor does not yet
offer a pay notice form in my primary language.

_Alberto Bernal_
Print Name

_[signature]_
Employee Signature

_8-10-15_
Date

Lisa Lichtenstein H/R Director
Preparer's Name and Title

**The employee must receive a signed copy of
this form. The employer must keep the original
for 6 years.**

LS 54 (03/11)

Gonzalez v. Le District - Defendants' Documents - 11591



**NEW YORK STATE OF OPPORTUNITY.**

**Notice and Acknowledgement of Pay Rate and Payday Under Section 195.1 of the New York State Labor Law**
**Notice for Hourly Rate Employees**

**1. Employer Information**

Name:

HANOVER VENTURES MARKETPLACE

Doing Business As (DBA) Name(s):

LE DISTRICT

FEIN (optional):
35-2514457

Physical Address:
225 LIBERTY STREET,
NEW YORK, NY, 10281

Mailing Address:
225 LIBERTY STREET C2 LEVEL
NEW YORK NY 10281

Phone: 212-981-8588

**2. Notice given:**
☑ At hiring
☐ Before a change in pay rate(s), allowances claimed or payday

LS 54 (02/15)

**3. Employee's rate of pay:**
$ 7 50 per hour

**4. Allowances taken:**
☑ None
☒ Tips _____ per hour
☐ Meals _____ per meal
☐ Lodging _____
☐ Other _____

**5. Regular payday:** THURSDAY

**6. Pay is:**
☑ Weekly
☐ Bi-weekly
☐ Other

**7. Overtime Pay Rate:**
$ 12 00 per hour (This must be at least 1½ times the worker's regular rate with few exceptions.)

**8. Employee Acknowledgement:**

On this day I have been notified of my pay rate, overtime rate (if eligible), allowances, and designated pay day on the date given below. I told my employer what my primary language is.

Check one:

☑ I have been given this pay notice in English because it is my primary language.

☐ My primary language is _____. I have been given this pay notice in English only, because the Department of Labor does not yet offer a pay notice form in my primary language.

_Ruth Egan_
Print Employee Name

_Ruth Ege_
Employee Signature

_06·01·2016._
Date

JANET VARGAS/ HRM
Preparer's Name and Title

The employee must receive a signed copy of this form. The employer must keep the original for 6 years.

Gonzalez v. Le District - Defendants' Documents - 15263



**NEW YORK**
STATE OF
OPPORTUNITY.

**Notice and Acknowledgement of Pay Rate and Payday**
**Under Section 195.1 of the New York State Labor Law**
**Notice for Hourly Rate Employees**

---

**1. Employer Information**

Name:

HANOVER VENTURES MARKETPLACE

Doing Business As (DBA) Name(s):
LE DISTRICT

FEIN (optional):
35-2514457

Physical Address:
225 LIBERTY STREET,
NEW YORK, NY, 10281

Mailing Address:
225 LIBERTY STREET C2 LEVEL
NEW YORK NY 10281

Phone: 212-981-8576

**2. Notice given:**
☑ At hiring
☐ Before a change in pay rate(s),
allowances claimed or payday

LS 54 (02/15)

---

**3. Employee's rate of pay:**
$ 7.5 + tips per hour

**4. Allowances taken:**
☑ None
☒ Tips _____ per hour
☐ Meals _____ per meal
☐ Lodging _____
☐ Other _____

**5. Regular payday:** THURSDAY

**6. Pay is:**
☑ Weekly
☐ Bi-weekly
☐ Other

**7. Overtime Pay Rate:**
$ 12 per hour (This must be at least 1½ times the worker's regular rate with few exceptions.)

---

**8. Employee Acknowledgement:**

On this day I have been notified of my pay rate, overtime rate (if eligible), allowances, and designated pay day on the date given below. I told my employer what my primary language is.

**Check one:**

☑ I have been given this pay notice in English because it is my primary language.

☐ My primary language is _____. I have been given this pay notice in English only, because the Department of Labor does not yet offer a pay notice form in my primary language.

Ronaldo Mone
Print Employee Name

Ronaldo Mone
Employee Signature

4/6/2017
Date

**JANET VARGAS/ HRM**
Preparer's Name and Title

The employee must receive a signed copy of this form. The employer must keep the original for 6 years.

Gonzalez v. Le District - Defendants' Documents 4 20660



**Notice and Acknowledgement of Pay Rate and Payday
Under Section 195.1 of the New York State Labor Law
Notice for Hourly Rate Employees**

---

**1. Employer Information**

Name:
**Hanover Ventures Marketplace LLC**

Doing Business As (DBA) Name(s):
**Le District**

FEIN (optional):

**35-2514457**
Physical Address:

**225 Liberty Street
New York, NY 10281**
Mailing Address:

**225 Liberty Street
Level C2
New York, NY 10281**
Phone:
**212-981-8588**

**2. Notice given:**
☑ At hiring
☐ Before a change in pay rate(s),
  allowances claimed or payday

LS 54 (01/17)

---

**3. Employee's rate of pay:**
$ _7.50 + tips_ per hour

**4. Allowances taken:**
☑ None
☐ Tips _____ per hour
☐ Meals _____ per meal
☐ Lodging _____
☐ Other _____

**5. Regular payday:** _Thursday_
**(May change due to holidays)**
**6. Pay is:**
☑ Weekly
☐ Bi-weekly
☐ Other

**7. Overtime Pay Rate:**
$ _13_ per hour (This must be at least
1½ times the worker's regular rate with
few exceptions.)

---

**8. Employee Acknowledgement:**
On this day I have been notified of my pay rate, overtime rate (if eligible), allowances, and designated pay day on the date given below. I told my employer what my primary language is.

**Check one:**
☑ I have been given this pay notice in English because it is my primary language.

☐ My primary language is _____ . I have been given this pay notice in English only, because the Department of Labor does not yet offer a pay notice form in my primary language.

_Erin K Moll_
Print Employee Name

_Erin K Moll_
Employee Signature

_9/27/17_
Date

_Tom Duffy    HRM_
Preparer's Name and Title

**The employee must receive a signed copy of this form. The employer must keep the original for 6 years.**

**Please note:** It is unlawful for an employee to be paid less than an employee of the opposite sex for equal work. Employers also may not prohibit employees from discussing wages with their co-workers.

Gonzalez v. Le District - Defendants' Documents - 20842



**NEW YORK**
STATE OF
OPPORTUNITY.

### Notice and Acknowledgement of Pay Rate and Payday
### Under Section 195.1 of the New York State Labor Law
### Notice for Hourly Rate Employees

**1. Employer Information**

Name:

HANOVER VENTURES MARKETPLACE

Doing Business As (DBA) Name(s):

LE DISTRICT

FEIN (optional):
35-2514457

Physical Address:
225 LIBERTY STREET,
NEW YORK, NY, 10281

Mailing Address:
225 LIBERTY STREET C2 LEVEL
NEW YORK NY 10281

Phone: 212-981-8576

**2. Notice given:**
- ☑ At hiring
- ☐ Before a change in pay rate(s),
  allowances claimed or payday

LS 54 (02/15)

**3. Employee's rate of pay:**

$ 7.50 ____ per hour

**4. Allowances taken:**
- ☑ None
- ☒ Tips _____ per hour
- ☐ Meals _____ per meal
- ☐ Lodging _____
- ☐ Other _____

**5. Regular payday:** THURSDAY

**6. Pay is:**
- ☑ Weekly
- ☐ Bi-weekly
- ☐ Other

**7. Overtime Pay Rate:**

$ 11.25 ____ per hour (This must be at least 1½
times the worker's regular rate with few
exceptions.)

**8. Employee Acknowledgement:**

On this day I have been notified of my pay rate,
overtime rate (if eligible), allowances, and
designated pay day on the date given below. I
told my employer what my primary language is.

**Check one:**

☐ I have been given this pay notice in English
because it is my primary language.

☐ My primary language is _____. I
have been given this pay notice in English only,
because the Department of Labor does not yet
offer a pay notice form in my primary language.

_____
Print Employee Name

*WILMER MENDEZ*
Employee Signature

Date 09-14-2016

JANET VARGAS/ HRM
Preparer's Name and Title

The employee must receive a signed copy of
this form. The employer must keep the original
for 6 years.

Gonzalez v. Le District - Defendants' Documents - 20800



**NEW YORK STATE OF OPPORTUNITY.**

**Notice and Acknowledgement of Pay Rate and Payday
Under Section 195.1 of the New York State Labor Law
Notice for Hourly Rate Employees**

**1. Employer Information**

Name:

**Hanover Ventures Marketplace LLC**

Doing Business As (DBA) Name(s):

**Le District**

FEIN (optional):

**35-2514457**
Physical Address:

**225 Liberty Street
New York, NY 10281**
Mailing Address:

**225 Liberty Street
Level C2
New York, NY 10281**
Phone:
**212-981-8588**

**2. Notice given:**
☑ At hiring
☐ Before a change in pay rate(s),
allowances claimed or payday

**3. Employee's rate of pay:**
$ _7.50 + tips_ per hour

**4. Allowances taken:**
☑ None
☐ Tips _____ per hour
☐ Meals _____ per meal
☐ Lodging _____
☐ Other _____

**5. Regular payday:** __Thursday__

**6. Pay is:** (May change due to holidays)
☑ Weekly
☐ Bi-weekly
☐ Other

**7. Overtime Pay Rate:**
$ _13_ per hour (This must be at least
1½ times the worker's regular rate with
few exceptions.)

**8. Employee Acknowledgement:**
On this day I have been notified of my pay
rate, overtime rate (if eligible), allowances,
and designated pay day on the date given
below. I told my employer what my primary
language is.

**Check one:**
☑ I have been given this pay notice in
English because it is my primary language.

☐ My primary language is _____. I
have been given this pay notice in English
only, because the Department of Labor
does not yet offer a pay notice form in my
primary language.

_Erin K Moll_
Print Employee Name

_Erin K Moll_
Employee Signature

_9/27/17_
Date

_Tom Duffy HRM_
Preparer's Name and Title

**The employee must receive a signed
copy of this form. The employer must
keep the original for 6 years.**

**Please note:** It is unlawful for an
employee to be paid less than an employee
of the opposite sex for equal
work. Employers also may not prohibit
employees from discussing wages with their
co-workers.

LS 54 (01/17)

Gonzalez v. Le District – Defendants' Documents - 20842



**NEW YORK**
STATE OF
OPPORTUNITY.

**Notice and Acknowledgement of Pay Rate and Payday
Under Section 195.1 of the New York State Labor Law
Notice for Hourly Rate Employees**

**1. Employer Information**

Name:

HANOVER VENTURES MARKETPLACE

Doing Business As (DBA) Name(s):

LE DISTRICT

FEIN (optional):
35-2514457

Physical Address:
225 LIBERTY STREET,
NEW YORK, NY, 10281

Mailing Address:
225 LIBERTY STREET C2 LEVEL
NEW YORK NY 10281

Phone: 212-981-8588

**2. Notice given:**
- [✓] At hiring
- [ ] Before a change in pay rate(s),
  allowances claimed or payday

LS 54 (02/15)

**3. Employee's rate of pay:**

$ _7.5_ per hour

**4. Allowances taken:**
- [✓] None
- [✓] Tips _____ per hour
- [ ] Meals _____ per meal
- [ ] Lodging _____
- [ ] Other _____

**5. Regular payday:** THURSDAY

**6. Pay is:**
- [✓] Weekly
- [ ] Bi-weekly
- [ ] Other

**7. Overtime Pay Rate:**
$ _15.75_ per hour (This must be at least 1½ times the worker's regular rate with few exceptions.)

**8. Employee Acknowledgement:**

On this day I have been notified of my pay rate, overtime rate (if eligible), allowances, and designated pay day on the date given below. I told my employer what my primary language is.

**Check one:**

- [✓] I have been given this pay notice in English because it is my primary language.

- [ ] My primary language is _____. I have been given this pay notice in English only, because the Department of Labor does not yet offer a pay notice form in my primary language.

BARRY EGAN
Print Employee Name

B. Snow
Employee Signature

05/15/16.
Date

**JANET VARGAS/ HRM**
Preparer's Name and Title

The employee must receive a signed copy of this form. The employer must keep the original for 6 years.



**NEW YORK**
STATE OF
OPPORTUNITY.

**Notice and Acknowledgement of Pay Rate and Payday
Under Section 195.1 of the New York State Labor Law
Notice for Hourly Rate Employees**

## 1. Employer Information

Name:

HANOVER VENTURES MARKETPLACE

Doing Business As (DBA) Name(s):

LE DISTRICT

FEIN (optional):
46-1592065

Physical Address:
225 LIBERTY STREET,
NEW YORK, NY, 10281

Mailing Address:
93 PEARL STREET, FLOOR 2
NEW YORK, NY, 10004

Phone: 212-344-0500

## 2. Notice given:
☐ At hiring
☑ Before a change in pay rate(s),
   allowances claimed or payday

LS 54 (02/15)

## 3. Employee's rate of pay:
$ 7.50 _____ per hour

## 4. Allowances taken:
☐ None
☑ Tips 1.50 _____ per hour
☐ Meals _____ per meal
☐ Lodging _____
☐ Other _____

## 5. Regular payday: THURSDAY/ JUEVES

## 6. Pay is:
☑ Weekly
☐ Bi-weekly
☐ Other

## 7. Overtime Pay Rate:
$ 12.00 ____ per hour (This must be at least 1½
times the worker's regular rate with few
exceptions.)

## 8. Employee Acknowledgement:

On this day I have been notified of my pay rate,
overtime rate (if eligible), allowances, and
designated pay day on the date given below. I
told my employer what my primary language is.

**Check one:**

☐ I have been given this pay notice in English
because it is my primary language.

☒ My primary language is _French_ . I
have been given this pay notice in English only,
because the Department of Labor does not yet
offer a pay notice form in my primary language.

_____
Print Employee Name

_____
Employee Signature

_____
Date

PAULINE MARZANA- PAYMASTER/HR

Preparer's Name and Title

**The employee must receive a signed copy of
this form. The employer must keep the original
for 6 years.**

Gonzalez v. Le District - Defendants' Documents - 20419



**NEW YORK**
STATE OF
OPPORTUNITY.

**Notice and Acknowledgement of Pay Rate and Payday**
**Under Section 195.1 of the New York State Labor Law**
**Notice for Hourly Rate Employees**

**1. Employer Information**

Name:

HANOVER VENTURES MARKETPLACE

Doing Business As (DBA) Name(s):

LE DISTRICT

FEIN (optional):
35-2514457

Physical Address:
225 LIBERTY STREET,
NEW YORK, NY, 10281

Mailing Address:
225 LIBERTY STREET C2 LEVEL
NEW YORK NY 10281

Phone: 212-981-8588

**2. Notice given:**
☑ At hiring
☐ Before a change in pay rate(s),
allowances claimed or payday

LS 54 (02/15)

**3. Employee's rate of pay:**
$ 7 50  per hour

**4. Allowances taken:**
☑ None
☒ Tips _____ per hour
☐ Meals _____ per meal
☐ Lodging _____
☐ Other _____

**5. Regular payday:** THURSDAY

**6. Pay is:**
☑ Weekly
☐ Bi-weekly
☐ Other

**7. Overtime Pay Rate:**
$ 12 00 per hour (This must be at least 1½
times the worker's regular rate with few
exceptions.)

**8. Employee Acknowledgement:**
On this day I have been notified of my pay rate,
overtime rate (if eligible), allowances, and
designated pay day on the date given below. I
told my employer what my primary language is.

Check one:
☑ I have been given this pay notice in English
because it is my primary language.

☐ My primary language is _____. I
have been given this pay notice in English only,
because the Department of Labor does not yet
offer a pay notice form in my primary language.

Ruth Egan
Print Employee Name

Ruth Ege
Employee Signature

06·01·2016.
Date

**JANET VARGAS/ HRM**
Preparer's Name and Title

The employee must receive a signed copy of
this form. The employer must keep the original
for 6 years.

Gonzalez v. Le District - Defendants' Documents - 15263



**NEW YORK**
STATE OF
OPPORTUNITY.

**Notice and Acknowledgement of Pay Rate and Payday**
**Under Section 195.1 of the New York State Labor Law**
**Notice for Hourly Rate Employees**

### 1. Employer Information

Name:

HANOVER VENTURES MARKETPLACE

Doing Business As (DBA) Name(s):

LE DISTRICT

FEIN (optional):
35-2514457

Physical Address:
225 LIBERTY STREET,
NEW YORK, NY, 10281

Mailing Address:
225 LIBERTY STREET C2 LEVEL
NEW YORK NY 10281

Phone: 212-981-8588

### 2. Notice given:
- [✓] At hiring
- [ ] Before a change in pay rate(s), allowances claimed or payday

LS 54 (02/15)

### 3. Employee's rate of pay:
$ 7.50 per hour

### 4. Allowances taken:
- [✓] None
- [ ] Tips _____ per hour
- [ ] Meals _____ per meal
- [ ] Lodging _____
- [ ] Other _____

### 5. Regular payday: THURSDAY

### 6. Pay is:
- [✓] Weekly
- [ ] Bi-weekly
- [ ] Other

### 7. Overtime Pay Rate:
$ 12.00 per hour (This must be at least 1½ times the worker's regular rate with few exceptions.)

### 8. Employee Acknowledgement:

On this day I have been notified of my pay rate, overtime rate (if eligible), allowances, and designated pay day on the date given below. I told my employer what my primary language is.

Check one:

- [✓] I have been given this pay notice in English because it is my primary language.
- [ ] My primary language is _____. I have been given this pay notice in English only, because the Department of Labor does not yet offer a pay notice form in my primary language.

_Magdielle Estene_
Print Employee Name

_Magdielle E_____
Employee Signature

01/25/16
Date

**JANET VARGAS/ HRM**
Preparer's Name and Title

The employee must receive a signed copy of this form. The employer must keep the original for 6 years.

Gonzalez v. Le District - Defendants' Documents - 15303



**Notice and Acknowledgement of Pay Rate and Payday/*Aviso y Acuse de Recibo de Tasa de Pago y Día de Cobro***
**Under Section 195.1 of the New York State Labor Law/*Bajo la Sección 195.1 de La Ley de Trabajo del Estado de Nueva York***
*Notice for Hourly Rate Employees/Aviso para empleados con tasa de pago por hora*

1. **Employer Information/*Información del Empleador***

Name/*Nombre*:

**Hanover Ventures Marketplace**

Doing Business As (DBA) name(s)/
*Nombre(s) comercial(es)*:

**Le District**

FEIN (optional)/ Número de Identificación Federal *(opcional)*:

Physical Address/*Dirección Física:*

**225 Liberty Street, New York, NY 10281**

Mailing Address/*Dirección postal u oficial:*
**93 Pearl Street**
**New York, NY, 10004**

Phone/*Teléfono*: **212-344-0500**

2. **Notice given/*Aviso emitido***:

☒At hiring/ En la *contratación*

☐On or bef ore February 1/*En o antes del 1 de Febrero*

☐ Before a change in pay rate(s), allowances claimed or payday. *Antes de un cambio en tasa de pago, créditos tomados, o día de cobro*

3. **Employee's Pay Rate/*Tasa de pago del empleado:***

$ __7.50__ per hour/*por hora*

4. **Allowances taken/*Créditos tomados:***
☐ None/*ninguno*

☒Tips/*Propinas*__$ 1.25__ per hour/ *por hora*

☐ Meals/*Comidas*_____per meal/ *por comida*

☐ Lodging/ *Hospedaje* _____

☐ Other/*Otra* _____

5. **Regular payday/*Día de Cobro Regular*:**
__Thursday / Jueves__

**Pay is/*El pago es*:**

☒ Weekly/ Semanal

☐ Bi-weekly/Quincenal

☐ Other/Otro

7. **Overtime Pay Rate/*Tasa de Pago de Horas Extras (más de 40 horas trabajadas en una semana):***

$__11.88__ per hour/*por hora* (This must be at least 1½ times the worker's regular rate, with few exceptions.)/*Con pocas excepciones, esta tasa debe ser por lo menos 1½ veces la tasa de pago regular para el trabajador.*

8. **Employee Acknowledgement/*Acuse de Recibo del Empleado***: On this day, I received notice of my pay rate, overtime rate if eligible, allowances, and designated payday in English and my primary language. I told my employer that my primary language is **Spanish**. *En esta fecha, se me ha informado de mi tasa de pago, mi tasa de pago de horas extras (si elegible), créditos, y del día de cobro en inglés y en mi lengua materna. Le indiqué al empleador de que mi lengua materna es **español**.*

_Jonathan Doogan_
Print Employee Name/*Escriba el nombre del empleado en letra de imprenta*

Employee Signature/*Firma del Empleado*

_1/5/2016_
Date/*Fecha*

_JB COLBT    OSMDROL MONANER_
Preparer Name and Title/*Nombre y Título del Preparador de este Documento.*

**The employee must receive a signed copy of this form. The employer must keep the original for 6 years./*El empleado debe recibir una copia firmada, de este documento. El original debe permanecer con el empleador por 6 años.***

LS 54S (03/11)

Gonzalez v. Le District - Defendants' Documents - 12515



**Notice and Acknowledgement of Pay Rate and Payday**
**Under Section 195.1 of the New York State Labor Law**
**Notice for Hourly Rate Employees**

**1. Employer Information**

Name:
Hanover Ventures Marketplace, LLC

Doing Business As (DBA) Name(s):
Le District

FEIN (optional):

Physical Address:
225 Liberty Street
New York, NY 10281

Mailing Address:
93 Pearl Street
New York, NY 10004

Phone:
212-981-8588

**2. Notice given:**

[x] At hiring

[ ] On or before February 1

[ ] Before a change in pay rate(s),
allowances claimed or payday

**3. Employee's rate of pay:**

$ _____5.00_____ per hour

**4. Allowances taken:**

[ ] None

[x] Tips        3.75 per hour

[x] Meals       2.10 per meal

[ ] Lodging _____

[ ] Other _____

**5. Regular payday:**        Thursday

**6. Pay is:**

[X] Weekly

[ ] Bi-weekly

[ ] Other

**7. Overtime Pay Rate:**

$ _____9.38_____ per hour
(This must be at least 1 1/2 times the worker's
regualr rate, with few exceptions)

**8. Employee Acknowledgement:**

On this day I have been notified of my pay rate,
overtime rate (if eligible), allowances, and
designated payday. I told my employer what
my primary language is.

**Check one:**
[X] I have been given this pay notice in English
because it is my primary language.

[ ] My primary language is _____
I have been given this pay notice in English only,
because the Department of Labor does not yet
offer a pay notice form in my primary language.

Godfred Darteh
Print Name

Godfred Darteh
Employee Signature

8/17/2015
Date

Lisa Lichtenstein H/R Director
Preparer's Name and Title

The employee must receive a signed copy of
this form. The employer must keep the original
for 6 years.

LS 54 (03/11)

Gonzalez v. Le District - Defendants' Documents - 12391

**Notice and Acknowledgement of Pay Rate and Payday
Under Section 195.1 of the New York State Labor Law
Notice for Hourly Rate Employees**

**1. Employer Information**

Name:
Hanover Ventures Marketplace, LLC

Doing Business As (DBA) Name(s):
Le District

FEIN (optional):

Physical Address:
225 Liberty Street
New York, NY 10281

Mailing Address:
93 Pearl Street
New York, NY 10004

Phone:
212-981-8588

**2. Notice given:**

[x] At hiring

[ ] On or before February 1

[ ] Before a change in pay rate(s),
allowances claimed or payday

**3. Employee's rate of pay:**

$ _____5.00_____ per hour

**4. Allowances taken:**

[ ] None

[x] Tips          3.75 per hour

[x] Meals        2.10 per meal

[ ] Lodging _____

[ ] Other _____

**5. Regular payday:**          Thursday

**6. Pay is:**

[X] Weekly

[ ] Bi-weekly

[ ] Other

**7. Overtime Pay Rate:**

$ _____9.38_____ per hour
(This must be at least 1 1/2 times the worker's
regualr rate, with few exceptions)

**8. Employee Acknowledgement:**

On this day I have been notified of my pay rate,
overtime rate (if eligible), allowances, and
designated payday. I told my employer what
my primary language is.

**Check one:**
[X] I have been given this pay notice in English
because it is my primary language.

[ ] My primary language is _____
I have been given this pay notice in English only,
because the Department of Labor does not yet
offer a pay notice form in my primary language.

_Amara Banks_
Print Name

_____
Employee Signature

_7 . 31 . 15_
Date

Lisa Lichtenstein H/R Director
Preparer's Name and Title

**The employee must receive a signed copy of
this form. The employer must keep the original
for 6 years.**

LS 54 (03/11)

Gonzalez v. Le District - Defendants' Documents - 11483