# EXHIBIT I



NEW YORK STATE OF OPPORTUNITY. | **Department of Labor**

Division of Labor Standards

# Sample Pay Notice for the Hospitality Industry - Updated

More information is available in Part § 146-2.2.

**Please note:** It is unlawful for an employee to be paid less than an employee of the opposite sex for equal work. Employers also may not prohibit employees from discussing wages with their co-workers.

## Notice of Pay Rates and Pay Day

Company name and address  LE DISTRICT, 225 LIBERTY STREET NEW YORK NY 10281

Preparer's name and title  *Tom Duffy   HR Manager*

Employee's name and address  *Dennis Gonzalez  389 pacific AV Jersey City NJ*   *07304*

Your regular rate of pay will be $ *8.65 + tips* per hour for the first 40 hours in a week.

Your overtime rate of pay will be $ *15.15* per hour for hours over 40.

Your designated pay day will be: THURSDAY (may change due to holidays)

## For Tipped Employees Only:

The tip credit taken will be $_____ per hour. (See page 2 for the maximum allowed amount.)

If you do not receive enough tips over the course of a week to bring you up to the minimum hourly rates for the first 40 hours and 1½ times that amount per hour for hours over 40, you will be paid additional wages that week to make up the difference. See page 2 for the minimum hourly wage amounts.

## For Service Employees in Resort Hotels Only (if different from rates given above):

If your weekly average of tips received is at least the minimum threshold for tips per hour (see page 2 for a listing of the minimum threshold tips), your regular rate of pay will be $_____ per hour and your overtime rate of pay will be $_____ per hour. The tip credit taken will be $_____ per hour.

Preparer's Signature: _____  Date: *2/22/18*

I have been notified of my pay rate, overtime rate, tip credit if applicable, and designated pay day on the date given below.

Employee's Signature: _____  Date: *0C-22-18*

LS 48 (01/17)                                                                      Page 1 of 2

Gonzalez v. Le District - Defendants' Documents - 005

**For Tipped Employees Only:**

| CREDIT FOR TIPS RECEIVED (maximum) | 12/31/16 - 12/30/17 | 12/31/17- 12/30/18 | 12/31/18- 12/30/19 | 12/31/19- 12/30/20 | 12/31/20- 12/30/21 | 12/31/21- 12/30/22 |
|---|---|---|---|---|---|---|
| NYC - Large Employers (11 or more) | $3.50 | $4.35 | $5.00 | $5.00 | $5.00 | $5.00 |
| NYC - Small Employers (10 or less) | $3.00 | $4.00 | $4.50 | $5.00 | $5.00 | $5.00 |
| Long Island & Westchester | $2.50 | $3.50 | $4.00 | $4.35 | $4.65 | $5.00 |
| Remainder of New York State | $2.20 | $2.90 | $3.60 | $3.95 | $4.15 | TBD |

| CASH WAGE PAID BY EMPLOYER (minimum) | 12/31/16 - 12/30/17 | 12/31/17- 12/30/18 | 12/31/18- 12/30/19 | 12/31/19- 12/30/20 | 12/31/20- 12/30/21 | 12/31/21- 12/30/22 |
|---|---|---|---|---|---|---|
| NYC - Large Employers (of 11 or more) | $7.50 | $8.65 | $10.00 | $10.00 | $10.00 | $10.00 |
| NYC - Small Employers (10 or less) | $7.50 | $8.00 | $9.00 | $10.00 | $10.00 | $10.00 |
| Long Island & Westchester | $7.50 | $7.50 | $8.00 | $8.65 | $9.35 | $10.00 |
| Remainder of New York State | $7.50 | $7.50 | $7.50 | $7.85 | $8.35 | TBD |

**For Service Employees in Resort Hotels Only**

| THRESHOLD TIPS REQUIRED IN RESORT HOTELS (minimum) | 12/31/16 - 12/30/17 | 12/31/17- 12/30/18 | 12/31/18- 12/30/19 | 12/31/19- 12/30/20 | 12/31/20- 12/30/21 | 12/31/21- 12/30/22 |
|---|---|---|---|---|---|---|
| NYC - Large Employers (of 11 or more) | $6.15 | $7.30 | $8.40 | $8.40 | $8.40 | $8.40 |
| NYC - Small Employers (10 or less) | $5.90 | $6.75 | $7.60 | $8.40 | $8.40 | $8.40 |
| Long Island & Westchester | $5.60 | $6.15 | $6.75 | $7.30 | $7.85 | $8.40 |
| Remainder of New York State | $5.45 | $5.85 | $6.25 | $6.60 | $7.00 | TBD |

LS 48 (01/17)

Gonzalez v. Le District - Defendants' Documents - 006



**NEW YORK** STATE OF OPPORTUNITY. | **Department of Labor**

Division of Labor Standards

# Sample Pay Notice for the Hospitality Industry - Updated

More information is available in Part § 146-2.2.

**Please note:** It is unlawful for an employee to be paid less than an employee of the opposite sex for equal work. Employers also may not prohibit employees from discussing wages with their co-workers.

## Notice of Pay Rates and Pay Day

Company name and address  LE DISTRICT, 225 LIBERTY STREET NEW YORK NY 10281

Preparer's name and title  TOM DUFFY, HR MANAGER

Employee's name and address  MENDEZ SEVERINO, DAIRY     812 NEW YORK AVE, UNION CITY, NJ - 07087

Your regular rate of pay will be $ 15.00 per hour for the first 40 hours in a week.

Your overtime rate of pay will be $ 22.5 per hour for hours over 40.

Your designated pay day will be:  THURSDAY (may change due to holidays)

## For Tipped Employees Only:

The tip credit taken will be $_____ per hour. (See page 2 for the maximum allowed amount.)

If you do not receive enough tips over the course of a week to bring you up to the minimum hourly rates for the first 40 hours and 1½ times that amount per hour for hours over 40, you will be paid additional wages that week to make up the difference. See page 2 for the minimum hourly wage amounts.

## For Service Employees in Resort Hotels Only (if different from rates given above):

If your weekly average of tips received is at least the minimum threshold for tips per hour (see page 2 for a listing of the minimum threshold tips), your regular rate of pay will be $_____ per hour and your overtime rate of pay will be $_____ per hour. The tip credit taken will be $_____ per hour.

Preparer's Signature: cl_tduffy5de59939488e5_78972  *Thomas Duffy*     Date: __ 12/13/2019

I have been notified of my pay rate, overtime rate, tip credit if applicable, and designated pay day on the date given below.

Employee's Signature: mh_55085de970e4e8790_78972  *Dairy Mendez*     Date: __12/12/2019

LS 48 (01/17)                                                                 Page 1 of 2

Gonzalez v. Le District - Defendants' Documents - 19439

**For Tipped Employees Only:**

| CREDIT FOR TIPS RECEIVED (maximum) | 12/31/16 - 12/30/17 | 12/31/17- 12/30/18 | 12/31/18- 12/30/19 | 12/31/19- 12/30/20 | 12/31/20- 12/30/21 | 12/31/21- 12/30/22 |
|---|---|---|---|---|---|---|
| NYC - Large Employers (11 or more) | $3.50 | $4.35 | $5.00 | $5.00 | $5.00 | $5.00 |
| NYC - Small Employers (10 or less) | $3.00 | $4.00 | $4.50 | $5.00 | $5.00 | $5.00 |
| Long Island & Westchester | $2.50 | $3.50 | $4.00 | $4.35 | $4.65 | $5.00 |
| Remainder of New York State | $2.20 | $2.90 | $3.60 | $3.95 | $4.15 | TBD |

| CASH WAGE PAID BY EMPLOYER (minimum) | 12/31/16 - 12/30/17 | 12/31/17- 12/30/18 | 12/31/18- 12/30/19 | 12/31/19- 12/30/20 | 12/31/20- 12/30/21 | 12/31/21- 12/30/22 |
|---|---|---|---|---|---|---|
| NYC - Large Employers (of 11 or more) | $7.50 | $8.65 | $10.00 | $10.00 | $10.00 | $10.00 |
| NYC - Small Employers (10 or less) | $7.50 | $8.00 | $9.00 | $10.00 | $10.00 | $10.00 |
| Long Island & Westchester | $7.50 | $7.50 | $8.00 | $8.65 | $9.35 | $10.00 |
| Remainder of New York State | $7.50 | $7.50 | $7.50 | $7.85 | $8.35 | TBD |

**For Service Employees in Resort Hotels Only**

| THRESHOLD TIPS REQUIRED IN RESORT HOTELS (minimum) | 12/31/16 - 12/30/17 | 12/31/17- 12/30/18 | 12/31/18- 12/30/19 | 12/31/19- 12/30/20 | 12/31/20- 12/30/21 | 12/31/21- 12/30/22 |
|---|---|---|---|---|---|---|
| NYC - Large Employers (of 11 or more) | $6.15 | $7.30 | $8.40 | $8.40 | $8.40 | $8.40 |
| NYC - Small Employers (10 or less) | $5.90 | $6.75 | $7.60 | $8.40 | $8.40 | $8.40 |
| Long Island & Westchester | $5.60 | $6.15 | $6.75 | $7.30 | $7.85 | $8.40 |
| Remainder of New York State | $5.45 | $5.85 | $6.25 | $6.60 | $7.00 | TBD |

LS 48 (01/17)

Gonzalez v. Le District - Defendants' Documents - 19440



**NEW YORK STATE OF OPPORTUNITY.** | **Department of Labor**

Division of Labor Standards

# Sample Pay Notice for the Hospitality Industry - Updated

More information is available in Part § 146-2.2.

**Please note:** It is unlawful for an employee to be paid less than an employee of the opposite sex for equal work. Employers also may not prohibit employees from discussing wages with their co-workers.

## Notice of Pay Rates and Pay Day

Company name and address  HANOVER VENTURES MARKETPLACE LLC, 225 LIBERTY STREET NEW YORK NY 10281

Preparer's name and title _Tom Duffy, HR Manager_

Employee's name and address  Safaa Berraho, 3052 34th Street, Apt. 1B, Astoria NY 11103

Your regular rate of pay will be $___11___ per hour for the first 40 hours in a week.

Your overtime rate of pay will be $__16.50__ per hour for hours over 40.

Your designated pay day will be: __THURSDAY (subject to change due to holidays)__

**For Tipped Employees Only:**

The tip credit taken will be $__n/a__ per hour. (See page 2 for the maximum allowed amount.)

If you do not receive enough tips over the course of a week to bring you up to the minimum hourly rates for the first 40 hours and 1½ times that amount per hour for hours over 40, you will be paid additional wages that week to make up the difference. See page 2 for the minimum hourly wage amounts.

**For Service Employees in Resort Hotels Only** (if different from rates given above):

If your weekly average of tips received is at least the minimum threshold for tips per hour (see page 2 for a listing of the minimum threshold tips), your regular rate of pay will be $_____ per hour and your overtime rate of pay will be $_____ per hour. The tip credit taken will be $_____ per hour.

Preparer's Signature: _____ Date: 1/8/18

I have been notified of my pay rate, overtime rate, tip credit if applicable, and designated pay day on the date given below.

Employee's Signature: _____ Date: A.C. 18

LS 48 (01/17)                                                Page 1 of 2

Gonzalez v. Le District - Defendants' Documents - 11609

**For Tipped Employees Only:**

| CREDIT FOR TIPS RECEIVED (maximum) | 12/31/16 - 12/30/17 | 12/31/17- 12/30/18 | 12/31/18- 12/30/19 | 12/31/19- 12/30/20 | 12/31/20- 12/30/21 | 12/31/21- 12/30/22 |
|---|---|---|---|---|---|---|
| NYC - Large Employers (11 or more) | $3.50 | $4.35 | $5.00 | $5.00 | $5.00 | $5.00 |
| NYC - Small Employers (10 or less) | $3.00 | $4.00 | $4.50 | $5.00 | $5.00 | $5.00 |
| Long Island & Westchester | $2.50 | $3.50 | $4.00 | $4.35 | $4.65 | $5.00 |
| Remainder of New York State | $2.20 | $2.90 | $3.60 | $3.95 | $4.15 | TBD |

| CASH WAGE PAID BY EMPLOYER (minimum) | 12/31/16 - 12/30/17 | 12/31/17- 12/30/18 | 12/31/18- 12/30/19 | 12/31/19- 12/30/20 | 12/31/20- 12/30/21 | 12/31/21- 12/30/22 |
|---|---|---|---|---|---|---|
| NYC - Large Employers (of 11 or more) | $7.50 | $8.65 | $10.00 | $10.00 | $10.00 | $10.00 |
| NYC - Small Employers (10 or less) | $7.50 | $8.00 | $9.00 | $10.00 | $10.00 | $10.00 |
| Long Island & Westchester | $7.50 | $7.50 | $8.00 | $8.65 | $9.35 | $10.00 |
| Remainder of New York State | $7.50 | $7.50 | $7.50 | $7.85 | $8.35 | TBD |

**For Service Employees in Resort Hotels Only**

| THRESHOLD TIPS REQUIRED IN RESORT HOTELS (minimum) | 12/31/16 - 12/30/17 | 12/31/17- 12/30/18 | 12/31/18- 12/30/19 | 12/31/19- 12/30/20 | 12/31/20- 12/30/21 | 12/31/21- 12/30/22 |
|---|---|---|---|---|---|---|
| NYC - Large Employers (of 11 or more) | $6.15 | $7.30 | $8.40 | $8.40 | $8.40 | $8.40 |
| NYC - Small Employers (10 or less) | $5.90 | $6.75 | $7.60 | $8.40 | $8.40 | $8.40 |
| Long Island & Westchester | $5.60 | $6.15 | $6.75 | $7.30 | $7.85 | $8.40 |
| Remainder of New York State | $5.45 | $5.85 | $6.25 | $6.60 | $7.00 | TBD |

LS 48 (01/17)

Gonzalez v. Le District - Defendants' Documents - 11610

**NEW YORK STATE OF OPPORTUNITY.** | **Department of Labor**

Division of Labor Standards

# Sample Pay Notice for the Hospitality Industry - Updated

More information is available in Part § 146-2.2.

**Please note:** It is unlawful for an employee to be paid less than an employee of the opposite sex for equal work. Employers also may not prohibit employees from discussing wages with their co-workers.

## Notice of Pay Rates and Pay Day

Company name and address LE DISTRICT, 225 LIBERTY STREET NEW YORK NY 10281

Preparer's name and title TOM DUFFY, HR MANAGER

Employee's name and address VAZQUEZ, CARLOS    777 FOSTER AVE APT 1J, BROOKLYN, NY - 11230

Your regular rate of pay will be $ 15.00 per hour for the first 40 hours in a week.

Your overtime rate of pay will be $ 22.5 per hour for hours over 40.

Your designated pay day will be: FRIDAY (may change due to holidays)

## For Tipped Employees Only:

The tip credit taken will be $_____ per hour. (See page 2 for the maximum allowed amount.)

If you do not receive enough tips over the course of a week to bring you up to the minimum hourly rates for the first 40 hours and 1½ times that amount per hour for hours over 40, you will be paid additional wages that week to make up the difference. See page 2 for the minimum hourly wage amounts.

## For Service Employees in Resort Hotels Only (if different from rates given above):

If your weekly average of tips received is at least the minimum threshold for tips per hour (see page 2 for a listing of the minimum threshold tips), your regular rate of pay will be $_____ per hour and your overtime rate of pay will be $_____ per hour. The tip credit taken will be $_____ per hour.

Preparer's Signature: *Thomas Duffy*  cl_tduffy5de59939488e5_970402    Date: 06/17/2021

I have been notified of my pay rate, overtime rate, tip credit if applicable, and designated pay day on the date given below.

Employee's Signature: *Carlos Alberto Vazquez*  ee_A21S60ca90e7aded4_970402    Date: 06/16/2021

LS 48 (01/17)    Page 1 of 2