# EXHIBIT K

 **PRIMEPAY.**

**HANOVER VENTURES MARKETPLACE LLC**
DBA: LE DISTRICT
225 LIBERTY STREET C2 LEVEL
NEW YORK, NY 10281
(212) 981-8588

## Personal Information

DENNY GONZALEZ

| | |
|---|---|
| Identification No. | 07139883AP02130 |
| Clock ID | 002109 |
| Department | 008502 |
| Key | CyK4-qYjR-9GgK-mf3c |

VOID AFTER 180 DAYS

## Payroll Statement

| | | | |
|---|---|---|---|
| Gross Pay | 1,089.09 | Additional Withholding | State: <br> Federal: |
| Net Pay | 822.81 | | |
| Check Number | 735774 | Marital Status | State: S <br> Federal: S |
| Pay Period Start | 06/04/2018 | | |
| Pay Period End | 06/10/2018 | Dependents | State: 1 <br> Federal: 1 |
| Pay Date | 06/14/2018 | | |

## Earnings

| Description | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| 1-REGULAR (Hours) | 33.17 | 8.65 | 286.92 | 4,286.43 |
| 81-REIM TIP D (Other) | .00 | 8.65 | 802.17 | 11,247.26 |
| 30-TRAINING (Other) | .00 | .00 | .00 | 416.00 |
| 34-SOH BONUS (Other) | .00 | .00 | .00 | 76.00 |
| 52-OT TIPPED (Other) | .00 | .00 | .00 | 411.02 |
| | | | **Gross Pay: 1,089.09** | **16,438.71** |

## Taxes

| Description | Current | YTD |
|---|---|---|
| FEDERAL | 128.30 | 2,006.31 |
| SOC SEC | 67.52 | 1,019.20 |
| MEDICARE | 15.79 | 238.38 |
| NY STATE | 52.70 | 797.77 |
| NYSDI | .60 | 9.00 |
| NYPFL | 1.37 | 20.71 |

## Deductions

| Description | Current | YTD |
|---|---|---|
| | **Net Pay: 822.81** | **12,347.34** |

## Accruals

| Description | Current Units Earned | Units Earned to Date | Units Taken to Date | Units Available |
|---|---|---|---|---|
| 25-SICK | 1.1079 | 18.5260 | .0000 | 18.5260 |

To view your pay statement online, visit www.primepay.com > Client Login
You will need to provide your username and password.

© 2019 PrimePay, LLC. All Rights Reserved.

Gonzalez v. Le District - Defendants' Documents - 050

# PRIMEPAY.

**HANOVER VENTURES MARKETPLACE LLC**
DBA: LE DISTRICT
225 LIBERTY STREET C2 LEVEL
NEW YORK, NY 10281
(212) 981-8588

## Personal Information

DENNY GONZALEZ

| Identification No. | 07139883AP02130 |
| --- | --- |
| Clock ID | 002109 |
| Department | 008502 |
| Key | ncMh-HEYC-TaNA-6q3c |

VOID AFTER 180 DAYS

## Payroll Statement

| | | | |
| --- | --- | --- | --- |
| Gross Pay | 1,163.31 | Additional Withholding | State:<br>Federal: |
| Net Pay | 743.08 | | |
| Check Number | 747367 | Marital Status | State: S<br>Federal: S |
| Pay Period Start | 07/30/2018 | | |
| Pay Period End | 08/05/2018 | Dependents | State: 1<br>Federal: 1 |
| Pay Date | 08/09/2018 | | |

## Earnings

| Description | Hours | Rate | Current | YTD |
| --- | --- | --- | --- | --- |
| 1-REGULAR (Hours) | 35.17 | 8.65 | 304.22 | 6,740.35 |
| 81-REIM TIP D (Other) | .00 | 8.65 | 859.09 | 18,391.29 |
| 30-TRAINING (Other) | .00 | .00 | .00 | 416.00 |
| 34-SOH BONUS (Other) | .00 | .00 | .00 | 117.00 |
| 52-OT TIPPED (Other) | .00 | .00 | .00 | 426.32 |
| | | | Gross Pay: 1,163.31 | 26,090.96 |

## Taxes

| Description | Current | YTD |
| --- | --- | --- |
| FEDERAL | 100.85 | 3,151.85 |
| SOC SEC | 59.79 | 1,592.97 |
| MEDICARE | 13.98 | 372.56 |
| NY STATE | 44.80 | 1,253.67 |
| NYSDI | .60 | 13.80 |
| NYPFL | 1.22 | 32.39 |

## Deductions

| Description | Current | YTD |
| --- | --- | --- |
| D-DENTAL | 14.62 | 29.24 |
| M-MEDICAL | 184.37 | 368.74 |
| | Net Pay: 743.08 | 19,275.74 |

## Accruals

| Description | Current Units Earned | Units Earned to Date | Units Taken to Date | Units Available |
| --- | --- | --- | --- | --- |
| 25-SICK | 1.1747 | 28.0349 | .0000 | 28.0349 |

To view your pay statement online, visit www.primepay.com > Client Login
You will need to provide your username and password.

© 2019 PrimePay, LLC. All Rights Reserved.

Gonzalez v. Le District - Defendants' Documents - 058

**PRIMEPAY.**

HANOVER VENTURES MARKETPLACE LLC
DBA: LE DISTRICT
225 LIBERTY STREET C2 LEVEL
NEW YORK, NY 10281
(212) 981-8588

## Personal Information

DENNY GONZALEZ

| Identification No. | 07139883AP02130 |
|---|---|
| Clock ID | 002109 |
| Department | 008502 |
| Key | ryxe-aygX-FeHF-MP3c |

VOID AFTER 180 DAYS

## Payroll Statement

| | | Additional Withholding | State: |
|---|---|---|---|
| Gross Pay | 1,366.22 | | Federal: |
| Net Pay | 975.26 | | |
| Check Number | 12013447 | Marital Status | State: S |
| Pay Period Start | 04/15/2019 | | Federal: S |
| Pay Period End | 04/21/2019 | Dependents | State: 1 |
| Pay Date | 04/25/2019 | | Federal: 1 |

## Earnings

| Description | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| 1-REGULAR (Hours) | 40.00 | 10.00 | 400.00 | 4,897.38 |
| 52-OT TIPPED (Other) | 2.36 | 17.50 | 41.30 | 60.90 |
| 81-REIM TIP D (Other) | .00 | 10.00 | 924.92 | 11,640.24 |
| 25-SICK (Other) | .00 | .00 | .00 | 360.00 |
| 34-SOH BONUS (Other) | .00 | .00 | .00 | 60.00 |
| | | | Gross Pay: 1,366.22 | 17,018.52 |

## Taxes

| Description | Current | YTD |
|---|---|---|
| FEDERAL | 177.69 | 1,867.57 |
| SOC SEC | 82.06 | 1,031.82 |
| MEDICARE | 19.19 | 241.31 |
| NY STATE | 66.64 | 746.79 |
| NYSDI | .60 | 10.20 |
| NYPFL | 2.09 | 26.05 |

## Deductions

| Description | Current | YTD |
|---|---|---|
| D-DENTAL | .00 | -307.02 |
| M-MEDICAL | 42.69 | 683.04 |
| | Net Pay: 975.26 | 12,718.76 |

## Accruals

| Description | Current Units Earned | Units Earned to Date | Units Taken to Date | Units Available |
|---|---|---|---|---|
| 25-SICK | 1.4148 | 41.2589 | 24.0000 | 17.2589 |

To view your pay statement online, visit www.primepay.com > Client Login
You will need to provide your username and password.

© 2019 PrimePay, LLC. All Rights Reserved.

Page 1

Gonzalez v. Le District - Defendants' Documents - 104

 **PRIMEPAY.**

**HANOVER VENTURES MARKETPLACE LLC**
DBA: LE DISTRICT
225 LIBERTY STREET C2 LEVEL
NEW YORK, NY 10281
(212) 981-8588

### Personal Information

DENNY, GONZALEZ

| | |
|---|---|
| Identification No. | 07139883AP02130 |
| Clock ID | 002109 |
| Department | 008502 |
| Key | ryxe-aygX-FeHF-MP3c |

VOID AFTER 180 DAYS

### Payroll Statement

| | | Additional Withholding | State: |
|---|---|---|---|
| Gross Pay | 1,451.37 | | Federal: |
| Net Pay | 1,029.74 | | |
| Check Number | 12014550 | Marital Status | State: S |
| Pay Period Start | 04/22/2019 | | Federal: S |
| Pay Period End | 04/28/2019 | Dependents | State: 1 |
| Pay Date | 05/02/2019 | | Federal: 1 |

### Earnings

| Description | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| 1-REGULAR (Hours) | 39.20 | 10.00 | 392.00 | 5,289.38 |
| 81-REIM TIP D (Other) | .00 | 10.00 | 1,059.37 | 12,699.61 |
| 25-SICK (Other) | .00 | .00 | .00 | 360.00 |
| 34-SOH BONUS (Other) | .00 | .00 | .00 | 60.00 |
| 52-OT TIPPED (Other) | .00 | .00 | .00 | 60.90 |
| | | | Gross Pay: 1,451.37 | 18,469.89 |

### Taxes

| Description | Current | YTD |
|---|---|---|
| FEDERAL | 196.42 | 2,063.99 |
| SOC SEC | 87.34 | 1,119.16 |
| MEDICARE | 20.43 | 261.74 |
| NY STATE | 71.93 | 818.72 |
| NYSDI | .60 | 10.80 |
| NYPFL | 2.22 | 28.27 |

### Deductions

| Description | Current | YTD |
|---|---|---|
| D-DENTAL | .00 | -307.02 |
| M-MEDICAL | 42.69 | 725.73 |
| | Net Pay: 1,029.74 | 13,748.50 |

### Accruals

| Description | Current Units Earned | Units Earned to Date | Units Taken to Date | Units Available |
|---|---|---|---|---|
| 25-SICK | 1.3093 | 42.5682 | 24.0000 | 18.5682 |

To view your pay statement online, visit www.primepay.com > Client Login
You will need to provide your username and password.

© 2019 PrimePay, LLC. All Rights Reserved.

Page 1

Gonzalez v. Le District - Defendants' Documents - 105



**HANOVER VENTURES MARKETPLACE LLC**
DBA: LE DISTRICT
225 LIBERTY STREET C2 LEVEL
NEW YORK, NY 10281
(212) 981-8588

### Personal Information

| DENNY GONZALEZ | | Identification No. | 07139883AP02130 |
|---|---|---|---|
| | | Clock ID | 002109 |
| | | Department | 008502 |
| | | Key | ryxe-aygX-FeHF-MP3c |

VOID AFTER 180 DAYS

### Payroll Statement

| Gross Pay | 1,585.92 | Additional Withholding | State:<br>Federal: |
|---|---|---|---|
| Net Pay | 1,115.83 | | |
| Check Number | 12015603 | Marital Status | State: S<br>Federal: S |
| Pay Period Start | 04/29/2019 | | |
| Pay Period End | 05/05/2019 | Dependents | State: 1<br>Federal: 1 |
| Pay Date | 05/09/2019 | | |

### Earnings

| Description | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| 1-REGULAR (Hours) | 40.00 | 10.00 | 400.00 | 5,689.38 |
| 52-OT TIPPED (Other) | 4.85 | 17.50 | 84.88 | 145.78 |
| 81-REIM TIP D (Other) | .00 | 10.00 | 1,101.04 | 13,800.65 |
| 25-SICK (Other) | .00 | .00 | .00 | 360.00 |
| 34-SOH BONUS (Other) | .00 | .00 | .00 | 60.00 |
| | | | Gross Pay: 1,585.92 | 20,055.81 |

### Taxes

| Description | Current | YTD |
|---|---|---|
| FEDERAL | 226.02 | 2,290.01 |
| SOC SEC | 95.68 | 1,214.84 |
| MEDICARE | 22.38 | 284.12 |
| NY STATE | 80.29 | 899.01 |
| NYSDI | .60 | 11.40 |
| NYPFL | 2.43 | 30.70 |

### Deductions

| Description | Current | YTD |
|---|---|---|
| D-DENTAL | .00 | -307.02 |
| M-MEDICAL | 42.69 | 768.42 |
| | Net Pay: 1,115.83 | 14,864.33 |

### Accruals

| Description | Current Units Earned | Units Earned to Date | Units Taken to Date | Units Available |
|---|---|---|---|---|
| 25-SICK | 1.4980 | 44.0662 | 24.0000 | 20.0662 |

To view your pay statement online, visit www.primepay.com > Client Login
You will need to provide your username and password.

© 2019 PrimePay, LLC. All Rights Reserved.

Page 1

Gonzalez v. Le District - Defendants' Documents - 106

 **PRIMEPAY.**

**HANOVER VENTURES MARKETPLACE LLC**
DBA: LE DISTRICT
225 LIBERTY STREET C2 LEVEL
NEW YORK, NY 10281
(212) 981-8588

### Personal Information

DENNY GONZALEZ

| Identification No. | 07139883AP02130 |
|---|---|
| Clock ID | 002109 |
| Department | 008502 |
| Key | ryxe-aygX-FeHF-MP3c |

VOID AFTER 180 DAYS

### Payroll Statement

| | | Additional Withholding | |
|---|---|---|---|
| Gross Pay | 1,911.72 | | State: |
| Net Pay | 1,321.95 | | Federal: |
| Check Number | 12016948 | Marital Status | State: S |
| Pay Period Start | 05/06/2019 | | Federal: S |
| Pay Period End | 05/12/2019 | Dependents | State: 1 |
| Pay Date | 05/16/2019 | | Federal: 1 |

### Earnings

| Description | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| 1-REGULAR (Hours) | 40.00 | 10.00 | 400.00 | 6,089.38 |
| 52-OT TIPPED (Other) | 1.60 | 17.50 | 28.00 | 173.78 |
| 81-REIM TIP D (Other) | .00 | 10.00 | 1,483.72 | 15,284.37 |
| 25-SICK (Other) | .00 | .00 | .00 | 360.00 |
| 34-SOH BONUS (Other) | .00 | .00 | .00 | 60.00 |
| | | Gross Pay: 1,911.72 | | 21,967.53 |

### Taxes

| Description | Current | YTD |
|---|---|---|
| FEDERAL | 299.62 | 2,589.63 |
| SOC SEC | 115.88 | 1,330.72 |
| MEDICARE | 27.10 | 311.22 |
| NY STATE | 100.95 | 999.96 |
| NYSDI | .60 | 12.00 |
| NYPFL | 2.93 | 33.63 |

### Deductions

| Description | Current | YTD |
|---|---|---|
| D-DENTAL | .00 | -307.02 |
| M-MEDICAL | 42.69 | 811.11 |
| | Net Pay: 1,321.95 | 16,186.28 |

### Accruals

| Description | Current Units Earned | Units Earned to Date | Units Taken to Date | Units Available |
|---|---|---|---|---|
| 25-SICK | 1.3894 | 45.4556 | 24.0000 | 21.4556 |

To view your pay statement online, visit www.primepay.com > Client Login
You will need to provide your username and password.

© 2019 PrimePay, LLC. All Rights Reserved.

Gonzalez v. Le District - Defendants' Documents - 107

# PRIMEPAY.

**HANOVER VENTURES MARKETPLACE LLC**
DBA: LE DISTRICT
225 LIBERTY STREET C2 LEVEL
NEW YORK, NY 10281
(212) 981-8588

| Personal Information | | |
|---|---|---|
| DENNY GONZALEZ | Identification No. | 07139883AP02130 |
| | Clock ID | 002109 |
| | Department | 008502 |
| | Key | ryxe-aygX-FeHF-MP3c |

**VOID AFTER 180 DAYS**

| Payroll Statement | | | |
|---|---|---|---|
| Gross Pay | 1,131.07 | Additional Withholding | State:<br>Federal: |
| Net Pay | 824.80 | | |
| Check Number | 12018852 | Marital Status | State: S<br>Federal: S |
| Pay Period Start | 05/20/2019 | | |
| Pay Period End | 05/26/2019 | Dependents | State: 1<br>Federal: 1 |
| Pay Date | 05/31/2019 | | |

| Earnings | | | | |
|---|---|---|---|---|
| Description | Hours | Rate | Current | YTD |
| 1-REGULAR (Hours) | 33.38 | 10.00 | 333.80 | 6,423.18 |
| 81-REIM TIP D (Other) | .00 | 10.00 | 797.27 | 16,081.64 |
| 25-SICK (Other) | .00 | .00 | .00 | 360.00 |
| 34-SOH BONUS (Other) | .00 | .00 | .00 | 60.00 |
| 52-OT TIPPED (Other) | .00 | .00 | .00 | 173.78 |
| | | | Gross Pay: 1,131.07 | 23,098.60 |

| Taxes | | |
|---|---|---|
| Description | Current | YTD |
| FEDERAL | 125.95 | 2,715.58 |
| SOC SEC | 67.48 | 1,398.20 |
| MEDICARE | 15.78 | 327.00 |
| NY STATE | 52.04 | 1,052.00 |
| NYSDI | .60 | 12.60 |
| NYPFL | 1.73 | 35.36 |

| Deductions | | |
|---|---|---|
| Description | Current | YTD |
| D-DENTAL | .00 | -307.02 |
| M-MEDICAL | 42.69 | 853.80 |
| | Net Pay: 824.80 | 17,011.08 |

| Accruals | | | | |
|---|---|---|---|---|
| Description | Current Units Earned | Units Earned to Date | Units Taken to Date | Units Available |
| 25-SICK | 1.1149 | 46.5705 | 24.0000 | 22.5705 |

To view your pay statement online, visit www.primepay.com > Client Login
You will need to provide your username and password.

© 2019 PrimePay, LLC. All Rights Reserved.

Page 1

Gonzalez v. Le District - Defendants' Documents - 108