UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DENNY GONZALEZ, *on behalf of himself, FLSA Collective Plaintiffs, and the Class*,<br><br>           Plaintiff,<br><br>-against-<br><br>HANOVER VENTURES MARKTPLACE LLC,<br> d/b/a LE DISTRICT,<br>JOHN DOE COMPANY 1,<br> d/b/a HPH HOSPITALITY,<br>PAUL LAMAS, PETER A POULAKAKOS,<br>NICOLAS ABELLI, and DAVID COUCKE,<br><br>           Defendants | Case No.: 1:21-cv-01347<br><br>**NOTICE OF PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF CLASS REPRESENTATIVE'S SERVICE AWARD** |

  For the reasons set forth in the Memorandum of Law in Support of Plaintiff's Unopposed Motion for Approval of Class Representative's Service Award and in the Declaration of C.K. Lee in Support of Plaintiff's Unopposed Motion for Approval of Attorneys' Fees, Administration Fees and Reimbursement of Expenses and Unopposed Motion for Approval of Class Representative's Service Award, and the exhibits attached thereto, Plaintiff respectfully requests that the Court enter an Order granting service award of $10,000 to Denny Gonzalez, to be paid from the Settlement Fund, in recognition of the services he rendered on behalf of the class, pursuant to the terms of the Parties' Settlement Agreement.

Dated: New York, New York
   May 20, 2025          Respectfully submitted,

                **LEE LITIGATION GROUP, PLLC**

             By: /s/ C.K. Lee
                C.K. Lee, Esq. (CL 4086)
                Anne Seelig, Esq. (AS 3976)

1

148 West 24th Street, Eighth Floor
New York, NY 10011
Tel.: 212-465-1188
Fax: 212-465-1181
*Attorneys for Plaintiff, FLSA Collective Plaintiffs and the Class*

2