## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DENNY GONZALEZ, *on behalf of himself, FLSA Collective Plaintiffs, and the Class*,<br><br>                             Plaintiff,<br><br>     -against-<br><br>HANOVER VENTURES MARKETPLACE LLC<br>     d/b/a LE DISTRICT,<br>JOHN DOE COMPANY 1<br>     d/b/a HPH HOSPITALITY,<br>PAUL LAMAS, PETER A POULAKAKOS,<br>NICOLAS ABELLO, and DAVID COUCKE,<br><br>                          Defendants. | Case No.: 1:21-cv-01347<br><br>**NOTICE OF PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF ATTORNEYS' FEES, COSTS AND EXPENSES, AND ADMINISTRATION FEES** |

For the reasons set forth in (i) the Memorandum of Law in Support of Plaintiff's Unopposed Motion for Approval of Attorneys' Fees and Reimbursement of Expenses, (ii) the Declaration of C.K. Lee in Support of Plaintiff's Unopposed Motion for Approval of Attorneys' Fees, Costs and Expenses, and Administration Fees and (iii) Unopposed Motion for Approval of Class Representative's Service Award, and the exhibits attached thereto, Plaintiff respectfully requests that the Court enter an Order: (1) awarding Class Counsel one third of the Gross Settlement Fund[1] established by Defendants in the amount of $190,480, to cover attorneys' fees, plus reimbursement of costs and expenses in the amount of $16,474.61, to be paid from the Settlement Fund; and (2) awarding Arden Claims Service LLC, as Settlement Administrator, administration fees of $60,000, to be paid from the Settlement Fund.

---

[1] The class settlement was originally contemplated at $450,000 for a class of 1,500 individuals. However, based on the increased class size of 1,868, pursuant to the Settlement Agreement, the settlement amount was increased to $571,440

Dated: New York, New York
      May 20, 2025           Respectfully submitted,

**LEE LITIGATION GROUP, PLLC**

By: */s/ C.K. Lee*
C.K. Lee, Esq. (CL 4086)
Anne Seelig, Esq. (AS 3976)
148 West 24th Street, Eighth Floor
New York, NY 10011
Tel.: 212-465-1188
Fax: 212-465-1181
*Attorneys for Plaintiff, FLSA Collective Plaintiffs and the Class*