UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DENNY GONZALEZ, *on behalf of himself and all others similarly situated*,

Plaintiff,

*-against-*

HANOVER VENTURES MARKETPLACE LLC, *d/b/a Le District*, JOHN DOE CO. 1, *d/b/a HPH Hospitality*, PAUL LAMAS, PETER POULAKAKOS, NICOLAS ABELLO, *and* DAVID COUCKE,

Defendant.

**ORDER**

21-cv-1347 (ER)

EDGARDO RAMOS, United States District Judge:

On February 4, 2025, counsel for Defendants, Wayne S. Kreger, was indefinitely disbarred in New York, *Matter of Kreger*, 235 A.D.3d 85, 89, 227 N.Y.S.3d 49, 53 (2025). On June 10, 2026, the Court scheduled an order to show cause hearing as to why Mr. Kreger should not be relieved of representation. *See* Doc. 178. On July 10, 2026, the Court held an order to show cause hearing. Neither Mr. Kreger nor other counsel for Defendants appeared at the hearing. On July 14, 2026, Gonzalez wrote the Court requesting that Mr. Kreger be removed as Defendants' counsel, that Defendants be directed to appear at a subsequent conference under pain of monetary sanctions, and that the Court approve an interim disbursement of settlement funds and a proposed cover letter for the settlement administrator to send class members. Doc. 180.[1]

The requests are granted. Mr. Kreger is relieved as Defendants' counsel. The parties are directed to appear for a status conference on August 14, 2026, at 11:30 a.m. in Courtroom 619,

[1] The proposed cover letter advises class members that the release of claims is not fully effective until a final settlement distribution is made.

40 Centre Street, New York, NY 10007. Prior to that date, Defendants should appear by new counsel or appear *pro se* if they are individual defendants; as to Defendants Hanover Ventures Marketplace LLC d/b/a Le District and John Doe Company 1 d/b/a as HPH Hospitality, they must appear by counsel because "it is well established that artificial entities, such as corporations and LLCs, can appear in federal court only through licensed counsel and cannot proceed *pro se*." *L&H, Inc. v. Chijet Motor Co., Inc.*, No. 24-CV-06425 (LTS), 2025 WL 4732997, at *1 (S.D.N.Y. Aug. 20, 2025).

Further, the Court approves an interim disbursement of settlement funds and the proposed cover letter that Gonzalez provided. *See* Doc. 180-1.

Finally, Gonzalez is directed to serve a copy of this order on all Defendants by certified mail by no later than July 17, 2026. Gonzalez is further directed to file prompt proof of such service.

SO ORDERED.

Dated: July 15, 2026
New York, New York

EDGARDO RAMOS
United States District Judge